UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, *ex rel.*
BRIAN VINCA, *et al.*,

    Plaintiffs

    v.                                                                     Case No.: 8:11-cv-176-T-30MAP

ADVANCED BIOHEALING, INC.,

    Defendant.
_____/

UNITED STATES OF AMERICA, *ex rel.*
MARK J. HARVEY,

    Plaintiffs

    v.                                                                     Case No.: 8:16-cv-303-T-30TBM

ADVANCED BIOHEALING, INC.,

    Defendants.
_____/

UNITED STATES OF AMERICA, *ex rel.*
JOSEPH J. MEDOLLA,

    Plaintiffs,

    v.                                                                     Case No.: 8:12-cv-575-T-30TBM

ADVANCED BIOHEALING, INC.,

    Defendant.

_____/

UNITED STATES OF AMERICA, *et al.*,
*ex rel.* E. DANIEL PETTY, *et al.*,

    Plaintiffs

    v.                                       Case No.: 8:14-cv-969-T-30TBM

SHIRE REGENERATIVE MEDICINE,
INC., f/k/a ADVANCED BIOHEALING,
INC., *et al.*,

    Defendants.
_____/

UNITED STATES OF AMERICA, *ex rel.*
HEATHER G. WEBB,

    Plaintiffs

    v.                                         Case No.: 8:14-cv-1055-T-30AAS

ADVANCED BIOHEALING, INC., *et al.*,

    Defendants.
_____/

UNITED STATES OF AMERICA, *ex rel.*
ANTONIO S. MONTECALVO,

    Plaintiffs

    v.                                         Case No.: 8:14-cv-268-T-30TBM

SHIRE REGENERATIVE MEDICINE,
*et al.*,

    Defendants.
_____/

## **JOINT STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the *qui tam* provisions of the False Claims Act (FCA), 31 U.S.C. § 3730(b)(1), the United States of America; Shire Holdings US AG (SHUSAG), Shire Pharmaceuticals LLC (Shire Pharmaceuticals), Shire Regenerative Medicine LLC (SRM), f/k/a Advanced BioHealing, Inc., Shire plc (collectively, Shire); and Relators Brian Vinca, Jennifer Staup Sweeney, Mark J. Harvey, Joseph J. Medolla, E. Daniel Petty, Christopher A. Bell, Kyle L. Richardson, Tara L. Denney, Heather G. Webb, and Antonio S. Montecalvo (collectively, Relators), through their undersigned counsel, hereby file this *Joint Stipulation of Dismissal Pursuant to Settlement* in accordance with Paragraphs 4 and 5 of the parties' January 3, 2017 Settlement Agreement (Settlement Agreement), and the terms of the individual settlement agreements between Shire and Relators.

The parties hereby stipulate and agree, through their undersigned counsel, to the entry of an Order dismissing all claims against Shire in these actions:

(1) with prejudice as to the United States as to the Covered Conduct described in Paragraph C of the Recitals in the Settlement Agreement;

(2) without prejudice as to the United States as to all other claims; and

(3) with prejudice as to the Relators as to any claims against Shire, including the Relators' claims for attorneys' fees, expenses and costs pursuant to 31 U.S.C. § 3730(d)(1) and/or their claims asserted under 31 U.S.C. § 3730(h), if any.

In accordance with the Court's November 20, 2017 Order, the parties stipulate and agree that the Court shall retain jurisdiction to decide the Relators' share issue pursuant to 31 U.S.C. § 3730(d)(1), as well as any other unresolved issues, including any motions for reconsideration of the Court's November 20, 2017 Order filed by any of the Relators. The parties further stipulate

and agree that the proposed dismissal against Shire will not affect the ability of the parties and the Court to address and resolve such issues, nor shall it affect the parties' time to file an appeal from the Court's November 20, 2017 Order.

Dated:  December 4, 2017

                              Respectfully Submitted,

                              UNITED STATES OF AMERICA, by its attorneys:

                              CHAD A. READLER
                              Principal Deputy Assistant Attorney General

                              MICHAEL D. GRANSTON
                              DANIEL R. ANDERSON
                              Attorneys, Civil Division

                              W. STEPHEN MULDROW
                              Acting United States Attorney

By:   *Lacy R. Harwell, Jr.*_____
        LACY R. HARWELL, JR.
        Assistant United States Attorney
        Florida Bar No. 714623
        400 North Tampa Street, Suite 3200
        Tampa, FL  33602
        (813) 274-6000
        Randy.Harwell@usdoj.gov

By:   *Christopher P. Tuite*_____
        CHRISTOPHER P. TUITE
        Assistant United States Attorney
        Florida Bar No. 125146
        400 North Tampa Street, Suite 3200
        Tampa, FL  33602
        (813) 274-6000
        Christopher.Tuite@usdoj.gov

RICHARD S. NICHOLSON
Trial Attorney, Civil Division
Commercial Litigation Branch
601 D Street, N.W., Room 9928
Washington, D.C. 20004
(202) 616-0345
Richard.Nicholson@usdoj.gov


SHIRE, by their attorneys:

*Mark A. Jensen*_____
J. SEDWICK SOLLERS III
MARK A. JENSEN
King & Spalding LLP
1700 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006
(202) 737-0500
wsollers@kslaw.com
mjensen@kslaw.com


BRIAN VINCA and JENNIFER STAUP
SWEENEY, Relators, by their attorneys:

*Kevin J. Darken*_____
BARRY A. COHEN
KEVIN J. DARKEN.
The Cohen Law Group
201 East Kennedy Boulevard, Suite 1950
Tampa, FL 33602
(813) 225-1655
bcohen@tampalawfirm.com
kdarken@tampalawfirm.com


MARK J. HARVEY, Relator, by his attorneys:

*Jonathan K. Tycko*_____
JONATHAN K. TYCKO.
ANDREA R. GOLD.
Tycko & Zavareei LLP
2000 L Street NW, Suite 808
Washington, DC  20036
(202) 973-0900
jtycko@tzlegal.com

JOSEPH J. MEDOLLA, Relator, by his attorney:

*Jeffrey G. Brown*_____
JEFFREY G. BROWN
Brown & Doherty, P.A.
450 Carillon Parkway, Suite 120
St. Petersburg, FL 33716
(727) 299-0099
jeff@brownanddoherty.com

A. BRIAN ALBRITTON
Phelps Dunbar LLP
100 South Ashley Drive, Suite 1900
Tampa, FL 33602
(813) 472-7557
brian.albritton@phelps.com


E. DANIEL PETTY, Relator, by his attorney:

*William L. Hurlock*_____
WILLIAM L. HURLOCK
Mueller Law LLC
363 Bloomfield Avenue, Suite 2-C
Montclair, NJ  07042
(973) 233-8290
William.Hurlock@muellerlaw.com


CHRISTOPHER A. BELL, TARA L. DENNEY, and KYLE L. RICHARDSON, Relators, by their attorney:

*Robert A. Wallner*_____
ROBERT A. WALLNER
Milberg LLP
One Pennsylvania Plaza, 50th Floor
New York, NY 10119
(212) 594-5300
rwallner@milberg.com

       HEATHER G. WEBB, Relator, by her attorneys:

       *Trevor W. Howell*_____
       TREVOR W. HOWELL
       Howell Law Firm, LLC
       701 Broadway, Suite 401, Box 17
       Nashville, TN 37203
       (615) 739-6938
       Trevor@howelllawfirmllc.com

       *Ray M. Thompson*_____
       RAY M. THOMPSON
       P.O. Box 81177
       Mobile, AL 36689
       (251) 432-0055
       seapitch@bellsouth.net


       ANTONIO S. MONTECALVO, Relator, by his attorneys:

       *Silvija A. Strikis*_____
       SILVIJA A. STRIKIS
       JOSEPH HALL
       Kellogg, Hansen, Todd, Figel & Frederick, PLLC
       1615 M Street, NW, Suite 400
       Washington, DC 20036
       (202) 326-7900
       sstrikis@kellogghansen.com
       jhall@kellogghansen.com