UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, *ex rel.*
HEATHER G. WEBB,

    Plaintiffs,

v.

ADVANCED BIOHEALING, INC.,
a/k/a SHIRE REGENERATIVE
MEDICINE, a/k/a SHIRE PLC, et al.,

    Defendants.

Case No.: 8:11-cv-176-T-30MAP
Case No.: 8:14-cv-1055-30AAS

## NOTICE OF RELATOR, HEATHER G. WEBB

Relator, Heather G. Webb, files this notice that she agreed to the proposed stipulations and orders, filed by the United States of America this afternoon, December 4, 2017, with the understanding that the language in such stipulations and orders did not suggest, either expressly or by implication, that the Court's previous Order of November 20, 2017, was a final order.

-1-

Respectfully submitted,
Attorney For Heather G. Webb,
*/s/ Michael Germain*
Michael Germain
Germain Law Group
3412 West Bay to Bay Blvd.,
Tampa, Florida 33629

*/s/ Ray M. Thompson*
Ray M. Thompson
P. O. Box 81177
Mobile, Alabama 36689-1177
Telephone: (251) 432-0055
E-mail: seapitch@bellsouth.net

*/s/ Trevor W. Howell*
Trevor W. Howell
Howell Law Firm
701 Broadway, Suite 401, Box 17,
Nashville, Tennessee 37203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 4th day of December 2017, filed a copy of the foregoing motion with the Clerk of Court, United States District Court, Middle District of Florida, Tampa Division, using the CM/ECF Electronic Filing System, which will electronically serve a copy of said document on the following counsel of record: Richard Nicholson, Esq., United States Department of Justice, 601 D Street, NW, Room 9928, Washington, D.C. 20579; AUSA Christopher Tuite, Esq., United States Attorney's Office, 400 N. Tampa Street,

Suite 3200, Tampa, FL 33602; Trevor W. Howell, Esq., Howell Law Firm, 701 Broadway, Suite 401, Box 17, Nashville, TN 37203; Michael Germain, Esq., Germain Law Group, 3412 West Bay to Bay Blvd., Tampa, FL 33629; Silvija Strikis, Esq., and Joseph Hall, Esq., Kellog Hansen, Suite 400, 1615 M Street, NW, Washington, D.C. 20036; Kevin J. Darken, Esq., and Barry A. Cohen, Esq., 201 E. Kennedy Blvd., Suite 1950, Tampa, FL 33602; V. Stephen Cohen, Esq. Bajo, Cuva, Cohen, Turkel, P.A., 100 North Tampa Street, Suite 1900, Tampa, FL 33602; Jonathan Tycko, Esq., (jtycko@tzlegal.com); Jeff Brown, Esq., (jeff@brownanddoherty.com); Brian Albritton, Esq., (albritton@phelps.com); James Shaughnessy, Esq., (jshaughnessy@milberg.com); Bill Hurlock, (william.hurlock@muellerlaw.com); Kathleen Von Hoene, Esq., (Kathleen.VonHoene@myfloridalegal.com), Carolyn Ellis, Esq., (Carolyn.Ellis@ag.ny.gov); \Michael Addison, Esq., (m@mcalaw.net); Jason Whittemore, Esq. (Jason@wagner law.com).

                                      */s/ Ray M. Thompson*
                                      Ray M. Thompson